IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:21-CV-00633-O
2. Style of case: Mallory Smith v. Patterson Dental Supply, Inc.
3. Nature of suit: Employment Discrimination: Pregnancy Discrimination and Retaliation
4. Method of ADR used: ✔ Mediation    Mini-Trial    Summary Jury Trial
5. Date ADR session was held: September 22, 2021
6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services.    ☐ Settled, in part, as a result of ADR.

    ✔ Settled as a result of ADR.    ☐ Parties were unable to reach settlement.

    ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $4,000.00
8. Duration of ADR: One day and continuing communications    (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    Mallory Smith, Plaintiff

    Carol Halley, In-house counsel for Defndant Patterson Dental Supply, Inc.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

*[Signature: Arlene P. Steinfield]*
Signature

September 28, 2021
Date

Steinfield Employment Law, PLLC, 11603 High Forest Dr., Dallas, TX
Address

214.893.0698
Telephone

## Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

| | |
|---|---|
| Name: Jane Legler | Name: |
| Firm: Neill Legler Cole PLLC | Firm: |
| Address: 3141 Hood Street, Suite 200 | Address: |
| Dallas, TX 75219 | |
| Phone: 214.296.0169 | Phone: |
| | |
| Name: Danielle W. Fitzsimmons | Name: |
| Firm: Taft | Firm: |
| Address: 2200 IDS Center, 80 South 8th Street | Address: |
| Minneapolis, MN 55402-215 | |
| Phone: 612.977.8924 | Phone: |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |