# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **MALLORY SMITH,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO.** |
| v. | § | **4:21-cv-00633-O** |
| | § | |
| **PATTERSON DENTAL** | § | |
| **SUPPLY, INC.** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Mallory Smith and Patterson Dental Supply, Inc., by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A), stipulate to a dismissal, with prejudice, of all claims made in this action against Patterson Dental Supply, Inc. with each party to bear their own fees and costs.

Respectfully Submitted,

/s/ Jane Legler

Jane Legler
Texas Bar No. 03565820 Christine Neill
Texas Bar No. 00796793 Kyla Gail Cole
Texas Bar No. 24033113
Neill Legler Cole PLLC
3141 Hood Street, Ste. 200
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (facsimiles)
christine@nlcemployeelaw.com
jane@nlcemployeelaw.com
kyla@nlcemployeelaw.com

*Attorneys for Plaintiff Mallory Smith*

71149324v1

    */s/ Parker Graham*
Danielle W. Fitzsimmons
(*admitted pro hac vice*)
Minnesota Bar No. 0391130
DFitzsimmons@Taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157
Phone: (612) 977-8400
Fax: (612) 977-8650

Monica Latin
  Texas Bar No. 00787881
  mlatin@ccsb.com
Parker Graham
  Texas Bar No. 24087612
  pgraham@ccsb.com
CARRINGTON, COLEMAN, SLOMAN
  & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Phone: (214) 855-3000
Fax: (214) 855-1333

*Attorneys for Defendant*
*Patterson Dental Supply, Inc.*

71149324v1